Betty Yablin, Appellee, v. Charles Brown et al., Defendants. R. J. Ederer Company and Walter Conklin, Appellants.

Gen. No. 44,027.

opinion filed May 19, 1947; released for publication June 3, 1947.
Eckert & Peterson, for appellants; A. R. Peterson, Owen Rall and
Harold W. Huff, of counsel; Krohn & MacDonald, for appellee;
Stuart B. Krohn and Ian P. MacDonald, of counsel. Opinion by
JUSTICE NIEMEYER. Not to be published in full.